MISSIONER, DEPARTMENT OF INSURANCE OF NEW HAMPSHIRE; and

No. 77–772.  DAWSON, ADMINISTRATOR, NORTHERN NEW ENGLAND CARPENTERS HEALTH AND WELFARE FUND ET AL. *v.* WHALAND, COMMISSIONER, DEPARTMENT OF INSURANCE OF NEW HAMPSHIRE.  C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE WHITE would grant certiorari. ▮▮▮▮▮▮▮▮

No. 77–949.  ILLINOIS *v.* WASHINGTON.  Sup. Ct. Ill.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 77–447.  RATCHFORD, PRESIDENT, UNIVERSITY OF MISSOURI, ET AL. *v.* GAY LIB ET AL., 434 U. S. 1080;

No. 77–596.  GULF OIL CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL., 434 U. S. 1062;

No. 77–777.  MILLER *v.* HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., 434 U. S. 1065;

No. 77–853.  WALTON ET UX. *v.* PAPAGIANOPOULOS ET AL., 434 U. S. 1067;

No. 77–941.  ENDER *v.* CHRYSLER CORP. ET AL., 434 U. S. 1070;

No. 77–957.  HUTTER *v.* KORZEN, TREASURER OF COOK COUNTY, *ante,* p. 901;

No. 77–975.  SUMMERS *v.* ALABAMA, 434 U. S. 1070;

No. 77–1072.  YEE *v.* YEE ET AL., *ante,* p. 911;

No. 77–5801.  FRIVALDO *v.* CLELAND, ADMINISTRATOR, VETERANS' AFFAIRS, ET AL., 434 U. S. 1074;

No. 77–5882.  KAPLAN *v.* WHIPPLE ET AL., JUDGES, 434 U. S. 1059;

No. 77–5908.  HAMPTON *v.* ALASKA, 434 U. S. 1056;

No. 77–5921.  GADDIS *v.* GEORGIA, 434 U. S. 1088; and

No. 77–5923.  MORRIS, AKA HUNDLEY *v.* UNITED STATES, *ante,* p. 916.  Petitions for rehearing denied.